UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
ATREYU JESSE THOMPSON : CASE NO: 1:18-04825 HWV
AMBER NICOLE THOMPSON :
    Debtors :

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

    To the Clerk of the Bankruptcy Court, the Debtor, All Trustees, All Creditors, and All Other Parties in Interest: **PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of PA CENTRAL FEDERAL CREDIT UNION (the "Bank"), and demands that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telefax, telegraph, telex, ECF noticing or otherwise, which affects the Debtor are to be served upon:

Steven J. Schiffman, Esquire
Attorney I.D. #25488: PA
Schiffman, Sheridan & Brown, P.C.
2080 Linglestown Road, Suite 201
Harrisburg, PA 17110

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as, nor is it a consent to, jurisdiction of the Bankruptcy Court over Bank, specifically, but not limited to: (i) Bank's right to have final orders in non-core matters entered only after *de novo* reviewed by a district judge, (ii) Bank's right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) Bank's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Bank is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments to which Bank hereby expressly reserves.

                                          SCHIFFMAN, SHERIDAN & BROWN, P.C.

                                          By: _____
                                              Steven J. Schiffman, Esquire
                                              Attorney I.D. #25488: PA
                                              2080 Linglestown Road, Suite 201
                                              Harrisburg, PA 17110

Date: 1/21/20                               Attorney for PA Central Federal Credit Union

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
ATREYU JESSE THOMPSON : CASE NO: 1:18-04825 HWV
AMBER NICOLE THOMPSON :
    Debtors :

## CERTIFICATE OF SERVICE

    I, Kristie Shirk, Legal Assistant with the firm of Schiffman, Sheridan & Brown, P.C., hereby certify that I this day served a true and correct copy of the Entry of Appearance on behalf of PA Central Federal Credit Union, upon the parties listed below by filing it with the Clerk of the Bankruptcy Court using the CM/ECF system, or by United States Mail, postage prepaid, addressed as follows:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

U.S. Trustee
228 Walnut Street
Harrisburg, PA 17101

Paul Donald Murphy-Ahles, Esquire
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Freedom Mortgage Corporation
c/o McCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

                                              SCHIFFMAN, SHERIDAN & BROWN, P.C.

Date: 1/21/20                By:_____
                                                        Kristie Shirk