# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Atreyu Jesse Thompson<br>**Debtor 1**<br>Amber Nicole Thompson<br>**Debtor 2**<br><br>Freedom Mortgage Corporation<br>**Movant(s)**<br>v.<br>Atreyu Jesse Thompson<br>Amber Nicole Thompson<br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:18-BK-04825-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 50 |

## DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come the Debtor(s), Atreyu Jesse Thompson and Amber Nicole Thompson, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Admitted

3. Admitted.

4. Admitted in part, denied in part. It is admitted that Debtor(s) have failed to tender monthly payments in a manner consistent with the terms of the Mortgage and Note. Debtor(s) are without sufficient knowledge as to Movant's wish to institute foreclosure proceedings; therefore, it is denied.

5. Admitted. On or about September 20, 2021, Debtor(s) made a payment in the amount of approximately $2,800.00 to bring their account current.

6. Admitted.

7. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 7; therefore, it is denied. Strict proof is demanded

8. Paragraph 8 contains a conclusion of law to which no response is required.

9. Paragraph 9 contains a conclusion of law to which no response is required.

10. Paragraph 10 contains a conclusion of law to which no response is required

11. Paragraph 11 contains a conclusion of law to which no response is required.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: September 20, 2021 /s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Atreyu Jesse Thompson<br>**Debtor 1**<br>Amber Nicole Thompson<br>**Debtor 2**<br><br>Freedom Mortgage Corporation<br>**Movant(s)**<br>v.<br>Atreyu Jesse Thompson<br>Amber Nicole Thompson<br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:18-BK-04825-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 50 |

**CERTIFICATE OF SERVICE**

I hereby certify that on Monday, September 20, 2021, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Mario Hanyon, Esquire
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
*Counsel for Movant(s)*

Jack H. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Ronald Reagan Federal Building
228 Walnut Street, Room 1190
Harrisburg, PA 17101

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire