# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | |
|---|---|
| IN RE:<br>ATREYU THOMPSON<br>AMBER THOMPSON<br>    Debtors | Case No. 1:18-bk-04825-HWV |
| Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br>ATREYU THOMPSON<br>AMBER THOMPSON<br>    Respondents | Chapter 13<br><br><br><br>11 U.S.C. §362 |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

    This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

    The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

    Reason for the continuance.
    Working on Resolution

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: January 3, 2022

                                Applicant's Signature

*/s/ Mario Hanyon*
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone: 844-856-6646 x4560
Facsimile: 704-369-0760
E-Mail: pabkr@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>ATREYU THOMPSON and AMBER THOMPSON | Case No. 1:18-bk-04825-HWV |
| Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>ATREYU THOMPSON and AMBER THOMPSON,<br>    Debtor | Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Request To Continue Hearing has been electronically served or mailed, postage prepaid on this day to the following:

ATREYU THOMPSON
16 CUMBERLAND DR
MECHANICSBURG, PA 17050-1717

AMBER THOMPSON
16 CUMBERLAND DR
MECHANICSBURG, PA 17050-1717

Paul Donald Murphy-Ahles, Debtor's Attorney
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011
pmurphy@dplglaw.com

Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee , US Trustee

228 Walnut Street, Suite 1190
Harrisburg, PA 17101

<u>January 3, 2022</u>

        <u>*/s/ Mario Hanyon*</u>
        Mario Hanyon
        (Bar No. 203993)
        Attorney for Creditor
        BROCK & SCOTT, PLLC
        302 Fellowship Road, Ste 130
        Mount Laurel, NJ 08054
        Telephone: 844-856-6646 x4560
        Facsimile: 704-369-0760
        E-Mail: pabkr@brockandscott.com