Rev. Dec 1, 2011

# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ATREYU THOMPSON<br>AMBER THOMPSON<br><br>                    Debtor(s)<br><br>**Freedom Mortgage Corporation**<br>                    Plaintiff(s)/<br>                    Movants<br><br>   vs.<br>ATREYU THOMPSON<br>AMBER THOMPSON<br><br>                    Defendant(s)/<br>                    Respondent(s) | CHAPTER        13<br>CASE NO.    1:18-bk-04825-HWV<br>NATURE OF PROCEEDING:   **Motion for Relief from Automatic Stay**<br>DOCUMENT No.   50 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐   The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒   The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
        ☐ Thirty (30) days.
        ☒ Forty-five (45) days.
        ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: **January 27, 2022**           /s/ Mario Hanyon
                                                  Attorney for:   Freedom Mortgage Corporation

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.