UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ATREYU JESSE THOMPSON<br>AMBER NICOLE THOMPSON<br><br>Debtor(s) | CASE NO. 18-04825-HWV<br><br>CHAPTER 13 |

## WITHDRAWAL OF APPEARANCE/ENTRY OF APPEARANCE WITHOUT PREJUDICE

Kindly withdraw the appearance of James Valecko as attorney for PENNSYLVANIA STATE EMPLOYEES CREDIT UNION and enter Milos Gvozdenovic as attorney for PENNSYLVANIA STATE EMPLOYEES CREDIT UNION without prejudice in all matters for the duration of this bankruptcy case.

Date: 10/11/2023

/s/Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-739-5647
mgvozdenvoic@weltman.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ATREYU JESSE THOMPSON<br>AMBER NICOLE THOMPSON<br>　　　　　　　Debtor(s) | CASE NO. 18-04825-HWV<br><br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

　　　　I, Milos Gvozdenovic Esquire, attorney for PENNSYLVANIA STATE EMPLOYEES CREDIT UNION, do hereby certify that true and correct copies of the Withdrawal of Appearance/Entry of Appearance without prejudice has been served on October 11, 2023, upon those listed below:

**Service by First-Class Mail**:

ATREYU JESSE THOMPSON , Debtor
16 Cumberland Drive
Mechanicsburg, PA 170504

AMBER NICOLE THOMPSON, Co-Debtor
16 Cumberland Drive
Mechanicsburg, PA 17050

**and Service by NEF/ECF**:

Paul Donald Murphy-Ahles, Debtors Attorney at pmurphy@dplglaw.com
Jack N Zaharopoulos, Trustee at info@pamd13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.ha.ecf@usdoj.gov


　　　　　　　　　　　　　　　　WELTMAN, WEINBERG & REIS CO., L.P.A.

　　　　　　　　　　　　　　　　　/s/Milos Gvozdenovic
　　　　　　　　　　　　　　　　Milos Gvozdenovic
　　　　　　　　　　　　　　　　Weltman, Weinberg & Reis Co., L.P.A.
　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　965 Keynote Circle
　　　　　　　　　　　　　　　　Brooklyn Heights, OH 44131
　　　　　　　　　　　　　　　　216-739-5647
　　　　　　　　　　　　　　　　mgvozdenvoic@weltman.com