United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Atreyu Jesse Thompson  
Amber Nicole Thompson  
    Debtors

Case No. 18-04825-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 5  
Date Rcvd: Dec 29, 2023      Form ID: 3180W      Total Noticed: 57

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Atreyu Jesse Thompson, Amber Nicole Thompson, 16 Cumberland Drive, Mechanicsburg, PA 17050-1717 |
| cr | + | PA Central Federal Credit Union, 959 East Park Drive, Harrisburg, PA 17111-2894 |
| 5130963 | | Bread, PO Box 783186, Philadelphia, PA 19178-3186 |
| 5130983 | + | PA Central FCU, 959 East Park Drive, Harrisburg, PA 17111-2894 |
| 5130997 | | UPMC Pinnacle, PO Box 826813, Philadelphia, PA 19182-6813 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Dec 29 2023 23:44:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5130965 | | Email/Text: bankruptcy@cavps.com | Dec 29 2023 18:45:00 | Cavalry Portfolio Services, PO Box 27288, Tempe, AZ 85285 |
| 5130966 | + | EDI: CITICORP | Dec 29 2023 23:44:00 | CBNA / Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 5130967 | + | EDI: CITICORP | Dec 29 2023 23:44:00 | CBNA / The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5145342 | | EDI: CAPITALONE.COM | Dec 29 2023 23:44:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5130964 | | EDI: CAPITALONE.COM | Dec 29 2023 23:44:00 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5137551 | + | Email/Text: bankruptcy@cavps.com | Dec 29 2023 18:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5150503 | + | Email/Text: RASEBN@raslg.com | Dec 29 2023 18:45:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5130969 | + | EDI: CITICORP | Dec 29 2023 23:44:00 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5154005 | + | EDI: CITICORP | Dec 29 2023 23:44:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5130970 | + | Email/Text: mediamanagers@clientservices.com | Dec 29 2023 18:45:00 | Client Services, Inc., 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-9816 |
| 5130971 | | EDI: WFNNB.COM | Dec 29 2023 23:44:00 | Comenity Bank / Gander Mountain, Attn: |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5130972 | | EDI: WFNNB.COM | Dec 29 2023 23:44:00 | Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125<br>Comenity Bank / PayPal Credit, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5130973 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | Dec 29 2023 18:45:00 | Computer Credit, Inc., 640 West 4th Street, PO Box 5238, Winston Salem, NC 27113-5238 |
| 5130974 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 29 2023 18:52:12 | Credit One Bank, NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5130976 | | Email/Text: bknotice@ercbpo.com | Dec 29 2023 18:45:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 5151116 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 29 2023 18:45:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 5130977 | ^ | MEBN | Dec 29 2023 18:41:42 | Freedom Mortgage Corporation, PO Box 489, Mount Laurel, NJ 08054-0489 |
| 5130968 | | EDI: JPMORGANCHASE | Dec 29 2023 23:44:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 5141178 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2023 18:52:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5169301 | | Email/Text: BankruptcyECFMail@mccalla.com | Dec 29 2023 18:45:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5149355 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 29 2023 18:45:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5130980 | ^ | MEBN | Dec 29 2023 18:41:36 | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 5130978 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 29 2023 18:45:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5130979 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 29 2023 18:45:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 30, San Diego, CA 92108-2710 |
| 5130981 | + | EDI: NAVIENTFKASMSERV.COM | Dec 29 2023 23:44:00 | Navient Solutions, Inc., Attn: Claims Department, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 5153955 | | EDI: MAXMSAIDV | Dec 29 2023 23:44:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5139431 | | EDI: AGFINANCE.COM | Dec 29 2023 23:44:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 5130982 | | EDI: AGFINANCE.COM | Dec 29 2023 23:44:00 | OneMain Financial, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |
| 5130984 | | Email/Text: bankruptcies@penncredit.com | Dec 29 2023 18:45:00 | Penn Credit Corporation, 2800 Commerce Drive, PO Box 69703, Harrisburg, PA 17106-9703 |
| 5207774 | | EDI: PRA.COM | Dec 29 2023 23:44:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5130985 | | EDI: PRA.COM | Dec 29 2023 23:44:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5150186 | | EDI: PRA.COM | Dec 29 2023 23:44:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5131298 | + | EDI: RECOVERYCORP.COM | Dec 29 2023 23:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5146922 | + | Email/Text: bankruptcynotices@psecu.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Dec 29 2023 18:45:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5130986 | + | Email/Text: bankruptcynotices@psecu.com | Dec 29 2023 18:45:00 | PSECU, 1500 Elmerton Avenue, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5130987 | | EDI: DISH | Dec 29 2023 23:44:00 | Receivables Performance Management, 20818 44th Avenue West Suite 140, Lynnwood, WA 98036-7709 |
| 5154084 | + | Email/Text: bncmail@w-legal.com | Dec 29 2023 18:45:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5152151 | + | EDI: AIS.COM | Dec 29 2023 23:44:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5130988 | | EDI: SYNC | Dec 29 2023 23:44:00 | Synchrony Bank / Amazon, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5130989 | | EDI: SYNC | Dec 29 2023 23:44:00 | Synchrony Bank / Care Credit, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5130990 | | EDI: SYNC | Dec 29 2023 23:44:00 | Synchrony Bank / Gap, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5130991 | | EDI: SYNC | Dec 29 2023 23:44:00 | Synchrony Bank / HHGregg, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5130992 | | EDI: SYNC | Dec 29 2023 23:44:00 | Synchrony Bank / Lowe's, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 5130993 | | EDI: SYNC | Dec 29 2023 23:44:00 | Synchrony Bank / Sam's Club, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5130994 | | EDI: SYNC | Dec 29 2023 23:44:00 | Synchrony Bank / TJMaxx, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5130995 | | EDI: SYNC | Dec 29 2023 23:44:00 | Synchrony Bank / Walmart, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5130996 | + | EDI: WTRRNBANK.COM | Dec 29 2023 23:44:00 | TD Bank USA / Target Card, PO Box 673, Minneapolis, MN 55440-0673 |
| 5154085 | + | Email/Text: bncmail@w-legal.com | Dec 29 2023 18:45:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5130998 | + | EDI: VERIZONCOMB.COM | Dec 29 2023 23:44:00 | Verizon, 500 Technology Drive, Suite 30, Weldon Spring, MO 63304-2225 |
| 5149877 | | EDI: AIS.COM | Dec 29 2023 23:44:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5130999 | | EDI: VERIZONCOMB.COM | Dec 29 2023 23:44:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 52

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| | | |
| --- | --- | --- |
| 5149562 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5207773 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5474910 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5474911 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5130975 | ## | EGS Financial Care, Inc., 6652 Pinecrest Drive Suite 300, Plano, TX 75024-2942 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew L Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Bret P Shaffer | on behalf of Creditor PA Central Federal Credit Union bshaffer@ssbc-law.com |
| Brian C Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Milos Gvozdenovic | on behalf of Creditor PSECU mgvozdenovic@weltman.com pitecf@weltman.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Amber Nicole Thompson pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Atreyu Jesse Thompson pmurphy@dplglaw.com kgreene@dplglaw.com |
| Steven J. Schiffman | on behalf of Creditor PA Central Federal Credit Union sschiffman@ssbc-law.com |
| Thomas Song | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |

United States Trustee                ustpregion03.ha.ecf@usdoj.gov

TOTAL: 14

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Atreyu Jesse Thompson<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8159<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Amber Nicole Thompson<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1253<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-04825-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Atreyu Jesse Thompson              Amber Nicole Thompson

12/29/23

**By the court:** _(signature)_

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W	**Chapter 13 Discharge**	page 2