In re:                                                                                   Case No. 18-04825-HWV
Atreyu Jesse Thompson                                              Chapter 13
Amber Nicole Thompson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                           User: AutoDocke                               Page 1 of 2
Date Rcvd: Mar 13, 2024                   Form ID: fnldec                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2024:**

**Recip ID**              **Recipient Name and Address**
db/jdb                 +    Atreyu Jesse Thompson, Amber Nicole Thompson, 16 Cumberland Drive, Mechanicsburg, PA 17050-1717

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2024                             Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2024 at the address(es) listed below:

**Name**                        **Email Address**

Andrew L Spivack
                         on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com

Bret P Shaffer
                         on behalf of Creditor PA Central Federal Credit Union bshaffer@ssbc-law.com

Jack N Zaharopoulos
                         TWecf@pamd13trustee.com

James Warmbrodt
                         on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

Mario J. Hanyon
                         on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon

| | |
|---|---|
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | |
| | on behalf of Creditor Freedom Mortgage Corporation mfarrington@kmllawgroup.com |
| Milos Gvozdenovic | |
| | on behalf of Creditor PSECU mgvozdenovic@weltman.com pitecf@weltman.com |
| Paul Donald Murphy-Ahles | |
| | on behalf of Debtor 2 Amber Nicole Thompson pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | |
| | on behalf of Debtor 1 Atreyu Jesse Thompson pmurphy@dplglaw.com kgreene@dplglaw.com |
| Steven J. Schiffman | |
| | on behalf of Creditor PA Central Federal Credit Union sschiffman@ssbc-law.com |
| Thomas Song | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| Thomas Song | |
| | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Atreyu Jesse Thompson, | Chapter | 13 |
| **Debtor 1** | | |
| | Case No. | 1:18−bk−04825−HWV |
| Amber Nicole Thompson, | | |
| **Debtor 2** | | |

Social Security No.:
xxx−xx−8159    xxx−xx−1253

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: March 13, 2024

**fnldec** (01/22)